

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:20-CV-20071-CMA

Plaintiff:
**Victor Ariza**

vs.

Defendant:
**Furla (U.S.A.), Inc.**

For:
Defendant's Attorney

Received by Court Express Services on the 13th day of January, 2020 at 10:30 am to be served on **FURLA (U.S.A.), Inc. c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.**

I, Ernest D. Moody III, do hereby affirm that on the **13th day of January, 2020 at 2:00 pm, I:**

Served by delivering in a corporate manner, a true copy of the **Summons & Complaint, Letter, with Exhibits** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Kaneisha Gross** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Corporation Service Company** as Registered Agent for **FURLA (U.S.A.), Inc.,** and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

Ernest D. Moody III
ID#229 2nd Circuit

**Court Express Services**
P.O. Box 010581
Miami, FL 33101
(305) 205-1304

Our Job Serial Number: VPS-2020000414

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Ernest D. Moody III
Certified Process Server ID #229
Second Judicial Circuit of Florida
Date: 1/13/2020        Time: 2:00 pm

VICTOR ARIZA
*Plaintiff(s)*

v.

Civil Action No. 20-CV-20071-CMA

FURLA (U.S.A.), INC.
a foreign for profit corporation
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FURLA (U.S.A.), INC.
By Serving Its Registered Agent:
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RODERICK V. HANNAH, ESQ.
8751 WEST BROWARD BOULEVARD
SUITE 303
PLANTATION FL 33324
Telephone: (954) 362-3800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 01/08/2020

s/ *Alisha Beasley-Martin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court